**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DENEICE O'CONNOR, individually, and on behalf of all others similarly situated,** | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **Civil Action No. 3:26-cv-02929-L** |
| **McKESSON CORPORATION,** | § | |
| ***Defendant.*** | § | |

**NOTICE REGARDING EXTENUATING CIRCUMSTANCES CONCERNING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE**

In accordance with Magistrate Judge Horan's Judge Specific Requirements, Plaintiff Deneice O'Connor and Defendant McKesson Corporation (collectively, the "Parties") jointly write to alert the Court to extenuating circumstances regarding the Plaintiffs' Unopposed Motion to Consolidate Related Actions, to Set Deadline for Applications for Interim Class Counsel, and to Set Other Deadlines (Dkt. No. 12, the "Motion to Consolidate") that the Parties believe should be brought to the Court's immediate attention. This Notice is joined by the Plaintiffs' counsel who join in the Motion to Consolidate.

This case is one of eighteen (18) putative class actions that have been filed against McKesson in the Northern District of Texas, Dallas Division, arising out of an August 2026

cybersecurity incident (collectively, the "Related Actions").[1] The Related Actions are pending before eight judges, including magistrate judges to whom the cases have been referred for pretrial management. In the pending Motion to Consolidate, Plaintiffs proposed, with McKesson's agreement, that the Related Actions would all be consolidated into this case for purposes of efficiency and to avoid duplicative litigation and the possibility of inconsistent results. The Court would then appoint interim class counsel, and Plaintiffs would file a single consolidated complaint that would be litigated forward.

There is a critical need to consolidate the cases so that they may proceed in a coordinated fashion. This need is becoming more urgent by the day. Plaintiffs' counsel in the Related Actions have worked cooperatively with McKesson's counsel to agree to 45-day extensions of McKesson's responsive pleading deadline in each case to allow sufficient time for this Court to rule on the Motion to Consolidate. However, the Court in one Related Action, *Gregary Johnson v. McKesson Corp.*, No. 3:26-cv-02995, only extended McKesson's responsive pleading deadline by thirty days. Unless that deadline is extended further, McKesson will be required to respond to the Complaint in that case on October 23, 2026. In addition, the Parties are facing several other upcoming deadlines in the Related Actions, including deadlines to participate in Rule 26(f) conferences and to file Rule 26(f) reports, which have not been stayed in all of the Related Actions.

The Motion to Consolidate is unopposed and ripe for a ruling. The Parties are concerned that to fully achieve the benefits of the proposed consolidation, it should be effectuated as soon as practical and in advance of the upcoming deadlines in the Related Actions. Otherwise, the Parties will be required to expend resources to comply with the upcoming deadlines. That work would be

---

[1] Seventeen of the Related Actions appear on the caption of the Motion to Consolidate. *Labbadia v. McKesson Corp.*, No. 3:26-cv-3511, is also a Related Action. It was filed on October 7, 2026, after the Motion to Consolidate was filed.

unnecessary if the Motion to Consolidate is granted because the granting of the Motion to Consolidate would stay all deadlines in the Related Actions and would ensure that the claims against McKesson are litigated in a single coordinated proceeding, thereby conserving the resources of the Parties and the Court. If consolidation is granted, the currently pending complaints will be superseded by the consolidated complaint filed in the consolidated action, meaning that any resources spent responding to complaints in the Related Actions will have been wasted. Likewise, after consolidation, any 26(f) reports filed in the Related Actions will become moot.

For all these reasons, the Parties respectfully request that the Court expedite its ruling on the pending agreed-upon Motion to Consolidate. To the extent the Court has questions, the Parties welcome the opportunity to appear at a status conference.

Dated: October 13, 2026

By: */s/Leigh S. Montgomery*
Leigh S. Montgomery
Texas Bar No. 24052214
**ELLZEY KHERKHER SANFORD MONTGOMERY, LLP**
5621 Arch Bridge Ct.
Arlington, Texas 76017
Tel: (888) 350-3931
lmontgomery@eksm.com

Daniel Srourian, Esq.
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr. Suite 200
Beverly Hills, California 90210
Tel: (213) 474-3800
daniel@slfla.com

W. Mark Lanier
Texas Bar No. 11934600
**LANIER LAW FIRM, P.C.**
10940 W. Sam Houston Parkway North
Suite 100

*Kristine M. Brown*
Kristine M. Brown
Texas State Bar No. 00792679
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777
kristy.brown@alston.com

Bradley M. Smyer
Texas State Bar No. 24068237
Laura Hunt
Texas State Bar No. 24120912
**ALSTON & BIRD LLP**
Dallas Arts Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201

**ATTORNEYS FOR DEFENDANT MCKESSON CORPORATION**

Houston, Texas 77064
Tel: (713) 659-5200
mark.lanier@lanierlawfirm.com

Sam Taylor
**LANIER LAW FIRM, P.C.**
5049 Edwards Ranch Rd, Third Floor Suite
3-146
Fort Worth, TX 76109
Tel: 817-720-0509
sam.taylor@lanierlawfirm.com

Jeff Ostrow*
**KOPELOWITZ OSTROW, P.A.**
1 West Las Olas Blvd, Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 332-4200
ostrow@kolawyers.com

Gary M. Klinger*
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Tel: (866) 252-0878
gklinger@milberg.com

Leanna A. Loginov
**SHAMIS & GENTILE, P.A.**
2626 Cole Avenue, Suite 300
Dallas, Texas 75204
Tel: (305) 479-2299
lloginov@shamisgentile.com

Camile Alvarez Texas Bar No. 24148788
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
2261 Market Street, Ste 22946
San Francisco, California 94114
Tel: (872) 263-1100
Fax: (872) 263-1109
calvarez@straussborrelli.com

Nicholas Andrew Hall Texas Bar No.
24069863
**HALL ATTORNEYS, PC**

P.O. Box 1370
Edna, Texas 77957
Tel: (713) 428-8967
nhall@hallattorneys.com

Blake Hunter Yagman*
**YAGMAN PLLC**
1050 30th St. N.W.
Washington, D.C. 20007
Tel: (929) 709-1493
blake.yagman@yagmanpllc.com

William B. Federman Texas Bar No. 00794935
Anushe Zebal Texas Bar No. 24143548
**FEDERMAN & SHERWOOD**
4131 N. Central Expressway Suite 900
Dallas, TX 75204
Tel: (800) 237-1277
wbf@federmanlaw.com
anz@federmanlaw.com

John D. Blythin
Shpetim Ademi*
Guri Ademi*
**ADEMI LLP**
3620 E. Layton Ave.
Cudahy, WI 53110
Tel: (414) 482-8000
jblythin@ademilaw.com
sademi@ademilaw.com
gademi@ademilaw.com

Daniel Fruchter*
Jesse Fruchter
**SINGLETON SCHREIBER, LLP**
108 N Washington Street, Suite 603
Spokane, WA 99201
Tel: (509) 824-6222
dfruchter@singletonschreiber.com
jfruchter@singletonschreiber.com

Emil Lippe, Jr. Texas Bar No. 12398300
**LAW OFFICES OF LIPPE & ASSOCIATES**
2911 Turtle Creek Blvd., Ste. 1250

Dallas, TX 75219
Tel: (214) 855-1850
emil@texaslaw.com

Christian Levis*
Amanda G. Fiorilla*
Michi Rodriguez*
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com
mrodriguez@lowey.com

Anthony M. Christina*
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel: (215) 399-4770
Fax: (914) 997-0035
achristina@lowey.com

Gerald D. Wells, III
Stephen E. Connolly*
**LYNCH CARPENTER, LLP**
1760 Market Street, Suite 600
Philadelphia, PA 19103
Tel: 267-609-6910
Fax: 267-609-6955
jerry@lcllp.com
steve@lcllp.com

Tyler A. Litke*
Melissa M. Meyer*
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
tlitke@zlk.com
mmeyer@zlk.com

Christopher A. Seeger*

Shauna Itri*
**SEEGER WEISS LLP**
55 Challenger Road
Ridgefield Park, NJ 07660
Tel: (973) 639-9100
cseeger@seegerweiss.com
sitri@seegerweiss.com

Kevin Laukaitis*
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Tel: (215) 789-4462
klaukaitis@laukaitislaw.com

Kennedy M. Brian
**SIRI & GLIMSTAD LLP**
101 Park Avenue
Suite 1300, #16982799
Oklahoma City, OK 73102
Tel: (212) 532-1091
kbrian@sirillp.com

Steven M. Nathan*
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (202) 540-7201
snathan@hausfeld.com

James J. Pizzirusso*
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, D.C. 20036
Tel: (202) 540-7200
Fax: (202) 540-7201
jpizzirusso@hausfeld.com

Amber L. Schubert*
Sonum Dixit*
Of Counsel
**AYLSTOCK WITKIN**
**KREIS & OVERHOLTZ PLC**
2193 Fillmore Street

San Francisco, CA 94115
Tel: (850) 202-1010
aschubert@awkolawllp.com
sdixit@awkolawllp.com

*Attorneys for Plaintiffs and the Proposed Class*

**Pro Hac Vice forthcoming*